R&F

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of __NY__
(State)

Case number (If known): _____ Chapter _____

2026 APR 14  AM 10: 28

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   520 MADISON AVE, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   N/A

3. **Debtor's federal Employer Identification Number (EIN)**

   84-4178766

4. **Debtor's address**

   **Principal place of business**

   518 BROADWAY
   Number     Street

   ALBANY   NY   12207
   City      State   ZIP Code

   ALBANY
   County

   **Mailing address, if different from principal place of business**

   475 CARLTON AVE
   Number     Street

   P.O. Box

   BROOKLYN   NY   11238
   City       State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   520 MADISON AVE
   Number     Street

   ALBANY   NY   12208
   City      State   ZIP Code

5. **Debtor's website (URL)**

   WWW MIMS RES

Debtor _____520 MADISON AVE, LLC_____   Case number (if known)_____
        Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above    APARTMENT LEASING

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☒ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

53LL

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY

    District _____ When _____ Case number _____
                                    MM / DD / YYYY

Debtor  520 MADISON AVE, LLC                                    Case number (if known)_____
        _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____     Relationship _____

District _____     When _____
                                        MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other DEBTOR REQUIRING IMMEDIATE PROTECTION UNDER THE AUTOMATIC STAY. IMMINENT FORECLOSURE SALE! TODAY

Where is the property? 520 MADISON AVE
                        Number    Street

ALBANY                              NY  12208
City                                State ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency NATIONAL REAL ESTATE INSURANCE G

Contact name LORA KRAMMER

Phone 913 951-3285

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Debtor ___520 MADISON AVE, LLC___        Case number *(if known)*_____
Name

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4-13-26___
MM / DD / YYYY

**✗** ___Rodney Mims___      ___Rodney Mims___
Signature of authorized representative of debtor    Printed name

Title ___MANAGING MEMBER___
___646 459 2901___

**18. Signature of attorney**

**✗** _____  Date _____
Signature of attorney for debtor      MM / DD / YYYY

_____
Printed name

_____
Firm name

Number    Street
_____

City _____  State _____  ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                              $_____

   b. Total debts (including debts listed in 2.c., below)       $_____

   c. Debt securities held by more than 500 holders

                                                        Approximate number of holders:

   secured ☐  unsecured ☐  subordinated ☐  $_____    _____
   secured ☐  unsecured ☐  subordinated ☐  $_____    _____
   secured ☐  unsecured ☐  subordinated ☐  $_____    _____
   secured ☐  unsecured ☐  subordinated ☐  $_____    _____
   secured ☐  unsecured ☐  subordinated ☐  $_____    _____

   d. Number of shares of preferred stock                       _____
   e. Number of shares common stock                             _____

   Comments, if any: ___Nax_____

   _____

3. Brief description of debtor's business: ___APARTMENT LEASING___

   _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   ___N/A_____

   _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re 520 MADISON AVE, LLC ,                                )

[Set forth here all names including married, maiden, and trade

names used by debtor within last 8 years.]

                                    Debtor                )    Case No.

                                                          )

Last four digits of Social Security No(s):_____)    Chapter  11

Employer Tax Identification (EIN) No(s). (if any) 8766  )

## CERTIFICATION OF MAILING MATRIX

I (we), _____520 MADISON AVE, LLC_____, the attorney for the

debtor/petitioner (or, if appropriate, the debtor(s) or petitioner(s)) hereby certify under

the penalties of perjury that the above/attached mailing matrix has been  compared to

and contains the names, addresses zip codes and, if required, account numbers in

redacted form, of all persons and  entities, as they appear on the schedules of

liabilities/list of creditors/list of equity security holders, or any amendment thereto filed

herewith.

Dated:  4-14-26                    _____

                                   Attorney for Debtor/Petitioner
                                   Debtor(s)/Petitioner(s)

I CAN CERTIFY THAT THE ATTACHED
CREDITOR MAILING MATRIX IS A COMPLETE LIST
OF CREDITORS KNOWN TO THE DEBTOR AT THE
TIME OF FILING AND IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE.

RODNEY MIMS
4-13-26

F:LR1007(01/29/2013)

MAKO INTERNATIONAL
12 ELMWOOD ROAD
ALBANY, NY 12204.

JONATHAN OWENS
475 DELAWARE AVE
ALBANY, NY 12208

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re 520 MADISON AVE, LLC, )
[Set forth here all names including married, maiden, and trade )
names used by debtor within last 8 years.] )
)
)
Debtor  ) Case No.
)
)
Last four digits of Social Security No(s):_____ ) Chapter 11
Employer Tax Identification (EIN) No(s). (if any) 8766 )

20 LARGEST
**CERTIFICATION OF MAILING MATRIX**

I (we), ___520 MADISON AVE, LLC___, the attorney for the
debtor/petitioner (or, if appropriate, the debtor(s) or petitioner(s)) hereby certify under
the penalties of perjury that the above/attached mailing matrix has been compared to
and contains the names, addresses zip codes and, if required, account numbers in
redacted form, of all persons and entities, as they appear on the schedules of
liabilities/list of creditors/list of equity security holders, or any amendment thereto filed
herewith.

Dated: 4-14-26  _____
Attorney for Debtor/Petitioner
Debtor(s)/Petitioner(s)

I CAN CERTIFY THAT THE ATTACHED CREDITOR
MAILING MATRIX IS A complete LIST OF CREDITORS KNOW TO
THE DEBTOR AT THE TIME OF FILING AND IS TRUE AND CORRECT
TO THE BEST OF MY KNOWLEDGE.

F:LR1007(01/29/2013)

RODNEY MIMS
4-13-26

MAKO INTERNATIONAL
12 ELMWOOD ROAD
ALBANY, N.Y 12204


JONATHAN OWENS
475 DELAWARE AVE
ALBANY, N.Y 12208