UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
(518) 434-4553

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

---

In re:

520 MADISON AVE, LLC

                                    Debtor.

---

Case No. 26-10395-1-pgr
Chapter 11

### UNITED STATES TRUSTEE'S MOTION TO DISMISS

TO:   HON. PATRICK G. RADEL
      UNITED STATES BANKRUPTCY JUDGE

William K. Harrington, the United States Trustee for Region 2 ("United States Trustee"),

by and through counsel, respectfully moves this Court for an order dismissing this chapter 11

case pursuant to 11 U.S.C. § 1112(b)(1) and (4) ("Motion") for "cause" including that the Debor

is attempting proceed as an unrepresented non-individual in violation of Local Bankruptcy Rule

9010-2(a). In support of this motion, the United States Trustee respectfully represents and alleges

as follows:

### Statement of Facts

1.      520 Madison Ave, LLC ("Debtor") filed a petition for relief under chapter 11 of

the United States Bankruptcy Code on April 14, 2026.

2.      The Debtor's bankruptcy petition self-identifies as a corporation, and it is

therefore a non-individual.

1

3.      At this time, no attorney has entered his or her appearance to represent the Debtor in this case, and to the best of the United States Trustee's knowledge, the Debtor is unrepresented and proceeding *pro se*.

### Statutory Standards

11 U.S.C. § 1112(b)(2) provides that the Court may dismiss a chapter 11 case upon a showing of cause. 11 U.S.C. § 1112(b)(4) contains a non-exhaustive list of examples of cause to dismiss including: substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; gross mismanagement of the estate; failure to maintain appropriate insurance that poses a risk to the estate or to the public; failure to comply with an order of the court; unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter; failure timely to provide information or attend meetings reasonably requested by the United States trustee. *In re Pal Family Credit Co., Inc. v. County of Albany*, 451 B.R. 1 (NDNY, Feb. 25, 2010) (citing *In re C-TC 9th Ave. Partnership*, 113 F.3d 1304, 1311 (2d Cir.1997); *In re Copy Crafters Quickprint, Inc.*, 92 B.R. 973, 985 (Bankr. N.D.N.Y., Oct. 14, 1988).

Any one of these failures could be enough to warrant dismissal. See generally, *In re Babayoff*, 445 B.R. 64 (Bankr. E.D.N.Y., Feb. 16, 2011). In the aggregate, these failures may demonstrate gross mismanagement of the Debtor's operations. *In re V. Savino Oil & Heating Co., Inc.,* 99 B.R. 518, 527 (Bankr. E.D.N.Y., Apr. 28, 1989).

The burden of demonstrating cause rests with the moving party. That burden can be met either by demonstrating the existence of one or more of the statutory grounds enumerated in section 1112(b) or by showing other "cause." *In re FRGR Managing Member LLC,* 419 B.R. 576, 580 (Bankr. S.D.N.Y. 2009); *In re State St. Assocs., L.P.,* 348 B.R. 627, 639 n. 24 (Bankr.

2

N.D.N.Y. 2006) (while the list of examples of cause has changed in the 2005 amendment, the fact that they are illustrative, not exhaustive, has not).

The Local Bankruptcy Rules for the Northern District of New York, Rule 9010-2(a) states that a non-individual debtor shall not be permitted to proceed under chapter 11 without representation by an attorney duly admitted to the Northern District of New York.

### **Argument**

Because Debtor is a non-individual who is unrepresented in this case, the Local Rules prohibit the Debtor from proceeding under chapter 11. In turn, the Debtor inability to proceed under chapter 11 pursuant to Local Rules is "cause" for dismissal pursuant to 11 U.S.C. § 1112.

**WHEREFORE,** based on the foregoing, the United States Trustee respectfully requests that the Court dismiss the above captioned case for "cause", and for such other and further relief as the Court deems just and proper.

Dated: April 15, 2026
Albany, New York

Respectfully submitted,
WILLIAM K. HARRINGTON
UNITED STATES TRSUTEE, REGION 2

*/s/ Harrison E. Strauss*
Harrison E. Strauss - Trial Attorney
OFFICE OF UNITED STATES TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
NDNY Bar Roll No. 705825
(518) 434-4553
Harrison.Strauss@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically upon all parties receiving electronic notice in this case on April 15, 2026, and upon the following via first-class mail:

520 Madison Ave, LLC
475 Carlton Ave
Brooklyn, NY 11238

/s/ Harrison E. Strauss
Harrison E. Strauss, Trial Attorney